THE PEOPLE ex rel. PATRICK MASTERSON, Respondent, *v.* STEPHEN B. FRENCH et al., as Police Commissioner, etc., Appellants.

(Argued June 17, 1888; decided June 29, 1888.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made the first Monday

of January, 1888, which reversed on *certiorari* a decision of the board of police commissioners of the city of New York, dismissing the petitioner from the police force, and reinstating him.

*D. J. Dean* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.